**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| **BILLIE M. HUBBARD, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE NO.** |
| ) | **3:17-cv-00136-TCB** |
| **DALLAS PLATING, INC and** ) | |
| **GLEN MONTCALM,** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendants.** ) | |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff Billie M. Hubbard and, pursuant to Fed. R. Civ. P. 41(a), hereby dismisses his claims with prejudice. Defendants have stipulated to this dismissal. The parties shall bear their own costs and attorneys' fees.

1

This 26th day of January, 2018,

                        */s/ James M. McCabe*
                        James M. McCabe
                        Georgia Bar No. 724618
                        The McCabe Law Firm, LLC
                        3355 Lenox Road
                        Suite 750
                        Atlanta, GA  30326
                        Office: (404) 250-3233
                        Fax: (404) 400-1724
                        jim@mccabe-lawfirm.com

                        Attorney for Plaintiff

                        Stipulated to by:

                        */s/ Gregory R. Fidlon*
                        Gregory R. Fidlon
                        Georgia Bar No. 259317
                        Fidlon Legal, PC
                        1200 Abernathy Road
                        Bldg. 600, Suite 1700
                        Atlanta, GA 30328
                        Tel: (844) 529-4967
                        Fax: (844) 529-4329
                        Email: greg@fidlonlegal.com

                        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The foregoing pleading will be served on counsel for Defendants through the court's ECF system by email notification.

This 26th day of January, 2018,

>	*/s/ James McCabe*
>	Counsel for Plaintiffs