IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BILLIE M. HUBBARD, III,

        Plaintiff,

v.

DALLAS PLATING, INC., et al.,

        Defendants.

CIVIL ACTION FILE NO.

3:17-CV-136-TCB

## ORDER

The docket of this case indicates that the plaintiff has dismissed his complaint against all defendants. The defendant filed his answer on November 28, 2017; however the notice of voluntary dismissal states that the parties agree to the dismissal and also agree to bear their own costs. The clerk is DIRECTED to close this case.

It is so ORDERED this 26th day of January, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge

AO 72A
(Rev.8/82)